# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|        Plaintiff,          ) | |
|        ) | |
|   v.          ) | CAUSE NO.: 2:15-CR-18-JTM-PRC |
|        ) | |
| EBONY GREEN,          ) | |
|        Defendant.          ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEA OF GUILTY BY DEFENDANT EBONY GREEN

TO:    THE HONORABLE JAMES T. MOODY,
         UNITED STATES DISTRICT COURT

Upon Defendant Ebony Green's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 16, 2016, with the consent of Defendant Ebony Green, counsel for Defendant Ebony Green, and counsel for the United States of America.

The hearing on Defendant Ebony Green's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Ebony Green under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Ebony Green,

I FIND as follows:

(1) that Defendant Ebony Green understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Ebony Green understands her right to trial by jury, to persist in her pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses,

and her right against compelled self-incrimination;

(3) that Defendant Ebony Green understands what the maximum possible sentence is, including the effect of the supervised release terms, and Defendant Ebony Green understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Ebony Green has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Ebony Green is competent to plead guilty;

(6) that Defendant Ebony Green understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Ebony Green's plea; and further,

I RECOMMEND that the Court accept Ebony Green's plea of guilty to the offense charged in Count Three of the Indictment and that Defendant Ebony Green be adjudged guilty of the offense charged in Count Three of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Ebony Green be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 16th day of March, 2016.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
     Honorable James T. Moody