UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 2:15 CR 18 |
| ) | |
| EBONY GREEN ) | |

## OPINION and ORDER

Defendant has moved for relief under Section 404 of the First Step Act of 2018, H.R. 5682, 115th Cong. (Dec. 21, 2018). (DE # 74.) The First Step Act of 2018 independently authorized a district court to resentence eligible defendants as if the statutory penalties of the Fair Sentencing Act of 2010, Pub. L. No. 111-220, S. 1789, 111th Cong. (Aug. 3, 2010), were in effect at the time of the original sentencing. A defendant is eligible for a reduced sentence under Section 404(b) if he or she was sentenced for a "covered offense," defined in Section 404(a) as a "violation of a Federal criminal statute, the statutory penalties for which were modified by section 2 or 3 of the Fair Sentencing Act . . . , that was committed before August 3, 2010." First Step Act, § 404 (a), (b).

In this case, defendant was convicted of charges involving conduct occurring in 2014. (DE # 1.) Accordingly, defendant received the benefit of the Fair Sentencing Act of 2010 when she was sentenced, and she is ineligible for further relief under Section 404 of the First Step Act of 2018. Therefore, her motion (DE # 74) is **DENIED**.

**SO ORDERED.**

Date: December 1, 2020

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT